**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 09-CR-3 (CAR) |
| **ROBERT J. WIEGMAN,** | **Violation(s): Drug Related** |
| Defendant | |

## ORDER MODIFYING CONDITIONS OF RELEASE

An ORDER SETTING CONDITIONS OF RELEASE as to the above-named defendant setting conditions upon which he could be released from the custody of the United States has been heretofore entered in the District of New Jersey at the defendant's Removal Hearing. Among those conditions of release is the requirement that defendant post a secured bond of $100,000.00.

Upon consideration of argument of counsel for the government, Assistant U. S. Attorney Jennifer Kolman, and argument of counsel for the defendant, Catherine Michelle Leek of the Federal Defenders Office, at the arraignment of defendant WIEGMAN this day before the undersigned, the court has determined that said Order of Release should be, and **IT IS, HEREBY MODIFIED AND AMENDED** as follows:

**(1) THE DEFENDANT SHALL BE PERMITTED TO EXECUTE AN UNSECURED BOND IN THE AMOUNT OF ONE HUNDRED THOUSAND AND NO/100 DOLLARS ($100,000.00);**

**(2) The defendant shall continue under ELECTRONIC MONITORING at his own expense as heretofore ordered and directed;**

**(3) The defendant shall be subject to HOME CONFINEMENT except for employment purposes; and,**

**(4) Defendant WIEGMAN shall have no contact whatsoever, directly or indirectly with the following individuals: Barbara Mallon, Destiny Faulk, and Kevin J. Key.**

All other provisions of the ORDER SETTING CONDITIONS OF RELEASE heretofore entered in the District of New Jersey not inconsistent with this MODIFICATION shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 16th day of MARCH, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE